# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MATTHEW D. HUFFSTATLER,
ADC # 155090                                                                  PLAINTIFF

v.                                    No. 3:14-cv-40-DPM

CRAIGHEAD COUNTY; COLEMAN,
Officer, Jonesboro Police Department;
and DOES, 1-4, Ambulance Services,
Chief of Jonesboro Police Department,
and unknown officers of the Jonesboro
Police Department                                                            DEFENDANTS

## ORDER

The Court must screen Huffstatler's amended complaint. 28 U.S.C. § 1915A. Huffstatler's abandoned claims against Craighead County and Officer Coleman are dismissed without prejudice. Huffstatler's claims against Doe Defendants are dismissed without prejudice; he may seek leave to amend his complaint if he is able to identify these defendants during discovery. Huffstatler's claims against the Jonesboro Chief of Police remain. He says that the Chief of Police acted with deliberate indifference to his serious mental health needs by failing to train officers how to treat persons suffering from mental illness. № 6 *at 3*.

Huffstatler's motion for discovery, № 3, is denied. His criminal discovery motions are inappropriate in this civil case. The Court encourages Huffstatler to familiarize himself with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas. A copy of these rules can be found in the jail library. In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs who are not represented by a lawyer. Discovery requests, such as interrogatories and requests for documents, should not be filed with the Court. Instead, discovery requests should be sent to counsel for the defendant, or directly to the defendant if he or she is not represented by a lawyer. No discovery should be sent to a defendant until that defendant has been served with the complaint.

The Court directs the Clerk to prepare a summons for the Jonesboro Chief of Police. The Court directs the U.S. Marshal to serve the summons, and a copy of Huffstatler's amended complaint, № 6, without prepayment of fees and costs or security, on the Jonesboro Chief of Police.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 May 2014