IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTHEW D. HUFFSTATLER,
ADC # 155080                                                        PLAINTIFF

v.                          No. 3:14-cv-40-DPM

CRAIGHEAD COUNTY; JONESBORO
POLICE DEPARTMENT; COLEMAN,
Officer, Jonesboro Police Department,
DOES 1-4, Ambulance Services and
unknown officers of the Jonesboro Police
Department; and MICHAEL YATES,
Chief of Jonesboro Police Department                                DEFENDANTS

## JUDGMENT

Huffstatler's claims against Craighead County, the Jonesboro Police Department, Officer Coleman, and Doe Defendants are dismissed without prejudice. Huffstatler's claims against Yates are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2014